**This order is SIGNED.**

 

**Dated: August 21, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re:<br><br>MARILYN R. MONSON,<br><br><br>Debtor. | Bankruptcy Number: 19-24954<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |
|---|---|

**ORDER SETTING EVIDENTIARY HEARING ON DITECH FINANCIAL'S MOTION TO TERIMNATE THE AUTOMATIC STAY AND FOR IN-REM RELIEF PURSUANT TO 11 U.S.C. § 362(d)(4)**

The Court has determined that an evidentiary hearing on Ditech Financial's Motion to Terminate the Automatic Stay and for In-Rem Relief Pursuant to 11 U.S.C. § 362(d)(4). (Motion) is necessary in this case.   Accordingly, it is hereby,

**ORDERED**, that an evidentiary hearing on the Motion will be held before the Honorable R. Kimball Mosier on **Wednesday September 4, 2019 at 1:00 p.m.** in Room 369, of the Frank E. Moss United States Courthouse, located at 350 South Main Street, Salt Lake City, Utah.

-------------------------------------------END OF DOCUMENT-------------------------------------------

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER** shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Lon Jenkins tr     ecfmail@ch13ut.org, lneebling@ch13ut.org
- Brian J. Porter     brian@hwmlawfirm.com
- United States Trustee     USTPRegion19.SK.ECF@usdoj.gov

## Manual Notice List

**By US Mail:**

Marilyn R Monson
11041 North 5730 West
Highland, UT 84003