Brian J. Porter, Bar Number 14291
Armand J. Howell, Bar Number 10029
Benjamin J. Mann, Bar Number 12588
HALLIDAY, WATKINS & MANN, P.C.
Attorneys for Ditech Financial, LLC
376 East 400 South, Suite 300
Salt Lake City, UT 84111
Telephone: 801-355-2886
Fax: 801-328-9714
Email: brian@hwmlawfirm.com
File No: 52911

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| In re:<br><br>MARILYN R MONSON<br><br>Debtor. | Bankruptcy Case No. 19-24954<br>Chapter 13<br><br>**EXHIBIT AND WITNESS LISTS**<br>[Filed electronically] |
|---|---|

Ditech Financial, LLC. ("Ditech"), hereby provides its Exhibit and Witness Lists for use in the evidentiary hearing on the Motion for Relief from the Automatic Stay and for *in rem* Relief. Ditech's exhibits are as follows:

| Exhibit # | Description | Offered | Received |
|---|---|---|---|
| 1 | Note | | |
| 2 | Deed of Trust | | |
| 3 | Assignment from MERS to BAC | | |
| 4 | Assignment from BOA to Green Tree | | |
| 5 | Bankruptcy Case #11-22630 Voluntary Petition | | |
| 6 | Bankruptcy Case #11-22630 Docket Sheet | | |
| 7 | Bankruptcy Case #11-27187 Voluntary Petition | | |
| 8 | Bankruptcy Case #11-27187 Docket Sheet | | |
| 9 | Bankruptcy Case #13-25730 Voluntary Petition | | |
| 10 | Bankruptcy Case #13-25730 Docket Sheet | | |
| 11 | Bankruptcy Case #13-32539 Voluntary Petition | | |
| 12 | Bankruptcy Case #13-32539 Docket Sheet | | |
| 13 | Bankruptcy Case #16-21332 Voluntary Petition | | |

| 14 | Bankruptcy Case #16-21332 Docket Sheet | | |
|----|----|---|---|
| 15 | Bankruptcy Case #16-30053 Voluntary Petition | | |
| 16 | Bankruptcy Case #16-30053 Docket Sheet | | |
| 17 | Bankruptcy Case #18-28987 Voluntary Petition | | |
| 18 | Bankruptcy Case #18-28987 Docket Sheet | | |
| 19 | Bankruptcy Case #19-22105 Voluntary Petition | | |
| 20 | Bankruptcy Case #19-22105 Docket Sheet | | |
| 21 | Bankruptcy Case #19-24954 Voluntary Petition | | |
| 22 | Bankruptcy Case #19-24954 Docket Sheet | | |
| 23 | Bankruptcy Case #19-26119 Voluntary Petition | | |
| 24 | Bankruptcy Case #19-26119 Docket Sheet | | |
| 25 | Notice of Trustee's Sale on 12/03/2018 | | |
| 26 | Notice of Trustee's Sale on 04/01/2019 | | |
| 27 | Notice of Trustee's Sale on 07/08/2019 | | |
| 28 | Special Warranty Deed to Gary L. Monson and Marilyn J. Monson | | |
| 29 | Quit Claim Deed to Royce Monson and Esperanza Hernandez | | |
| 30 | Quit Claim Deed to Linda Christensen | | |

Exhibit binders will be provided to the Court and to parties prior to the evidentiary hearing.

Ditech does not plan on calling any witnesses; however, it reserves the right to examine any witness called by the Debtor.

Dated this 28th day of August 2019.

    /s/ Brian J. Porter
    Brian J. Porter
    Attorney for Ditech Financial, LLC