**This order is SIGNED.**





**Dated: September 20, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

Marilyn R. Monson
11041 North 5730 West
Highland, Utah 84003
*Pro Se Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| In re: | Case No. 19-24954 |
|---|---|
| MARILYN R. MONSON | Chapter 13 |
| Debtor | Judge: R. KIMBALL MOSIER |

FILED US Bankruptcy Court-UT
SEP 19 2019 PM 2:32

# ORDER SUSTAINING OBJECTIONS TO MOTIONS TO DISMISS, RESCHEDULING 341 MEETING, AND CONTINUING CONFIRMATION HEARING

The Court, having reviewed the Debtor's Objections to the Motions to Dismiss and Motion to Reschedule 341 Meeting and Continue Confirmation Hearing, and having considered such other and further matters as the Court deemed appropriate, and good cause appearing, hereby ORDERS:

1) The three objections (docket entries 32, 33, and 34) to the three motions to dismiss are sustained;

2) The three motions to dismiss (docket entries 7, 10, and 12) are denied;

1

3) The 341 meeting shall be rescheduled to a date determined by the Clerk of the Court;

4) The deadlines to object to exemptions and dischargeability shall be extended 30 and 60 days (respectively) from the new 341 meeting date;

5) The Confirmation Hearing shall be continued to a date determined by the Clerk of the Court;

6) If there is failure of the Debtor to appear at the rescheduled 341 meeting, the case may be dismissed without further notice or hearing upon the filing of a declaration of non-compliance and proposed order of dismissal.

7) The Debtor made her first Chapter 13 plan payment on September 6, 2019

8) The Debtor made her second Chapter 13 plan payment on September 19, 2019.

9) The Debtor is current on her Chapter 13 plan payments.

---END OF ORDER---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies a true and correct copy of the foregoing was served on this 19th day of September, 2019 on the following parties by ECF or by USPS first class mail, if applicable:

Lon Jenkins
Chapter 13 Trustee
405 Main St #600
Salt Lake City, UT 84111

United States Trustee
405 Main St #300
Salt Lake City, UT 84111

Brian J. Porter
HALLIDAY, WATKINS & MANN, P.C.
Attorney for Ditech
376 East 400 South, Suite 300
Salt Lake City, UT 84111

Dated this 19th day of September, 2019.

Marilyn R. Monson
*Pro Se Debtor*