**This order is SIGNED.**



**Dated: October 16, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

Marilyn R. Monson
11041 North 5370 West
Highland, Utah 84003
*Pro Se Debtor*

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re:              | Case No.   19-24954        |
|---------------------|----------------------------|
| MARILYN R. MONSON   | Chapter 13                 |
| Debtor              | Judge: R. KIMBALL MOSIER   |

### ORDER GRANTING MOTION TO SHORTEN NOTICE OF EMERGENCY MOTION TO REINSTATE THE AUTOMATIC STAY

IT IS HEREBY ORDERED, that the ex parte motion of Pro Se Debtor Marilyn Monson to shorten notice of her Emergency Motion to Reinstate the Automatic Stay as to all creditors in the above entitled matter is hereby granted. The hearing will be held on October 17, 2019, at 11:00 AM, with an objection deadline of October 17, 2019 at 11:00 AM.

END OF ORDER

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing ORDER GRANTING MOTION TO SHORTEN TIME shall be served to the parties and the manner designated below:

 By Electronic Service: The parties of record in this case as identified below, are registered CM/ECF users.

Lon Jenkins
Via ECF
Chapter 13 Trustee

United States Trustee
Via ECF

Halliday, Watkins, and Mann
Via ECF