Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>MARILYN R MONSON<br><br>Debtor | CASE NO: 19-24954<br><br>Chapter 13<br><br>Hon. R. KIMBALL MOSIER |
|---|---|

### TRUSTEE'S MOTION TO DISMISS

The Standing Chapter 13 Trustee in this case, recommends that the above referenced case be dismissed for the Debtors' failure to comply with the following statutory requirements, Federal Rule of Bankruptcy Procedure, and/or Local Rules:

1. Marilyn R Monson failed to provide proof of Social Security Number at the 341 Meeting as required by see Fed. R. Bankr. P. 4002(b)(1)(B) and Local Rule 2003-1(c).

THEREFORE, based on the foregoing, the Trustee moves the Court for the entry of an Order dismissing this case under 11 U.S.C. § 1307.  If an objection is not filed by November 21, 2019 and served upon the Trustee, the clerk must enter an order dismissing the case.  Unless the Court orders otherwise, any

objection to the Trustee's Motion to Dismiss will be heard at the confirmation hearing. No additional notice is required for such hearing.

Dated: 10/28/2019

LAJ /S/
LON A. JENKINS
CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Motion to Dismiss was served upon all persons entitled to receive notice in this case via ECF Notification or by U.S. Mail to the following parties on October 28, 2019:

MARILYN R MONSON, 11041 NORTH 5730 WEST, HIGHLAND, UT  84003

PRO SE,  ECF Notification

/s/ Jennifer Lundgreen