Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah, Central Division**

| | |
|---|---|
| IN RE: | CASE: 19-24954 |
| MARILYN R MONSON | CHAPTER 13 |
| | **HON. R. KIMBALL MOSIER** |
| **Debtor** | Confirmation Hearing: November 19, 2019 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on November 19, 2019  10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to January 9, 2020 at 10 am.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on November 19, 2019.

PRO SE,  ECF Notification

Armand Howell for Ditech Financial LLC

/s/ Pauline Thayne

## DESIGNATION OF PARTIES TO BE SERVED

MARILYN R MONSON, 11041 NORTH 5730 WEST, HIGHLAND, UT  84003

PRO SE,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION

Armand Howell for Ditech Financial LLC